IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | |
| a Washington corporation, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:04-cv-353 |
| | ) | |
| SAMUEL SELLERS, an individual | ) | |
| d/b/a SAVE MORE SALES a/k/a SAVE | ) | |
| MORE COMPUTERS, and SAMUEL | ) | |
| SELLERS, an individual, | ) | |
|     Defendants. | ) | |

## JUDGMENT ORDER

For the reasons stated in the court's memorandum opinion filed this day with the clerk, plaintiff's motions for summary judgment and a permanent injunction are **GRANTED**. It is hereby **ORDERED** that judgment **ENTER** for Microsoft, that plaintiff is awarded $60,000.00 in statutory damages under the Copyright Act and $400,000.00 in statutory damages under the Lanham Act, for a total of $460,000.00, for infringement of Microsoft's intellectual property rights, 17 U.S.C. § 101 *et seq*; 15 U.S.C. § 1051 *et seq.*

It is further **ORDERED** that defendants, their agents, servants, employees, representatives, successors and assignees, and all those persons or entities acting in concert or participation with them, shall be and hereby are permanently enjoined from future infringement of Microsoft's copyrights and trademarks as more specifically set forth in the memorandum opinion filed simultaneously with this judgment order.

The court **GRANTS** plaintiff Microsoft's request for attorneys' fees and costs, but will take the amount of the award under advisement pending further submissions from the plaintiff on the specific fees and costs, which shall be filed within 14 days of receipt of this order.  Should defendants wish to respond to the plaintiff's submissions, such response must be filed 14 days thereafter.  The final pretrial conference and the trial of this case, currently scheduled for April 20, 2006, and April 27, 2006, respectively, are hereby **CANCELLED.**

**IT IS SO ORDERED.**

                **ENTER:**

               **s/Thomas W. Phillips**
               **UNITED STATES DISTRICT JUDGE**